Jennifer A. Bandlow, Esq. (SBN 265757)  **(CLOSED)**
**THE COCHRAN FIRM - CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010-3824
Telephone    (323) 435-8205
Facsimile    (323) 282-5280
jbandlow@cochranfirm.com

Attorneys for Plaintiff JANE DOE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE COUNTY OF SAN BERNARDINO, a public entity; DEPUTY BRIAN DERRYBERRY, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 5:17-cv-00209-JGB-SP<br>Judge:  Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Sheri Pym<br><br>**ORDER ON JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

TO THE HONORABLE COURT:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff JANE DOE ("Plaintiff") and Defendants COUNTY OF SAN BERNARDINO and DEPUTY BRIAN DERRYBERRY ("Defendants"), by and through their counsel, hereby request and

stipulate to dismissal of the above-entitled Action, with prejudice, as to all parties and claims. Each party shall bear his/her/its own attorneys fees and costs.

    IT IS SO ORDERED.

DATED: September 6, 2017

    HON. JESUS G. BERNAL
    UNITED STATES DISTRICT COURT